LEVER BROTHERS CO. *v.* UNITED STATES ET AL.

No. 487.   Decided December 10, 1962.

*Abe Fortas, William L. McGovern, Abe Krash* and *Dennis G. Lyons* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States, and *Richard W. Barrett* for Procter & Gamble Co. et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.